B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Middle District of Louisiana

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Renaissance Orange Grove, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-5252977** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**11333 Juban Parc**<br>**Denham Springs, LA**<br>ZIP Code **70726** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Livingston** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **Ascension Parish, State of Louisiana** | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ■ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>**Limited Liability Company**

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Renaissance Orange Grove, L.L.C.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Renaissance Orange Grove, L.L.C.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ William S. Robbins**
Signature of Attorney for Debtor(s)

**William S. Robbins 24627**
Printed Name of Attorney for Debtor(s)

**Stewart Robbins & Brown, LLC**
Firm Name

**620 Florida Street, Suite 100**
**Post Office Box 2348**
**Baton Rouge, LA 70821**

Address

**(225) 231-9998  Fax: (225) 709-9467**
Telephone Number

**November 11, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Paul S. Gerwin**
Signature of Authorized Individual

**Paul S. Gerwin**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**November 11, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA
**(Local Form 1)**

In re **Renaissance Orange Grove, L.L.C.**  Case No. _____

Debtor(s)

## MAILING LIST
### Verification

Penalties for making a false statement or for concealing property are a fine of up to $5000.00 or imprisonment for up to five (5) years, or both. (18 U.S.C. §152 and 3571).

### DECLARATION

**We declare under penalty of perjury that the foregoing mailing list, comprising  5  pages, is true and correct. Signed on November 11, 2013 .**

Signed:   **/s/ Paul S. Gerwin**
**Paul S. Gerwin**
**Manager**

Signed:   **/s/ William S. Robbins**
**William S. Robbins**
**Stewart Robbins & Brown, LLC**
**620 Florida Street, Suite 100**
**Post Office Box 2348**
**Baton Rouge, LA 70821**
Telephone: **(225) 231-9998**
Facsimile: **(225) 709-9467**
E-Mail:
(ATTORNEY FOR THE DEBTOR)

```
United States Trustee
400 Poydras Street
Suite 2110
New Orleans LA 70130

Office of US Attorney
Middle District of Louisiana
777 Florida St Ste 208
Baton Rouge LA 70801

Louisiana Dept of Revenue
Bankruptcy Section
Box 66658
Baton Rouge LA 70896

Office of District Counsel
Box 30509
New Orleans LA 70190

Attorney General of the USA
Department of Justice
10th & Constitution Ave., NW
Washington DC 20530

David Kearns
Tax Division USDOJ
PO Box 14198 Ben Franklin Statio
Washington DC 20530

Internal Revenue Service*
Box 7346
Philadelphia PA 19101-7346

Ascension Parish School Board
c/o Jeff Diaz, Attorney at Law
324 East Worthy Rd.
Gonzales LA 70737

Ascension Parish School Board
P.O. Box 189
Donaldsonville LA 70346

Ascension Parish Sheriff
828 S. Irma Blvd.
Gonzales LA 70737

Ascension Water Company
P.O. Box 96016
Baton Rouge LA 70896

Ascension Water Company
P.O. Box 96016
Baton Rouge LA 70896
```

Bernstein NY Munc. Bond Fund
Alliance Berstein L.P.
1345 Avenue of the Americas
New York NY 10105

Bernstein Short Duration NY Mun Bd Fund
AllianceBernsteing L.P.
1345 Avenue of the Americas
New York NY 10105

BGK Equities II, Inc.
330 Garfield St.
Santa Fe NM 87501

BGK Equities III, Inc.
330 Garfield St.
Santa Fe NM 87501

BGK Equities IV, Inc.
330 Garfield St.
Santa Fe NM 87501

BGK Equities V, Inc.
330 Garfield St.
Santa Fe NM 87501

BGK Equities, Inc.
330 Garfield St.
Santa Fe NM 87501

BGK Louisiana Properties, L.L.C.
330 Garfield Street
Santa Fe NM 87501

BGK Properties, Inc.
330 Garfield St.
Santa Fe NM 87501

BGK Realty, Inc.
330 Garfield St.
Santa Fe NM 87501

Capital Ventures of LA
c/o Michael Leggett
1132 Carrollton Ave.
Baton Rouge LA 70806

Edward Gilbert
330 Garfield St.
Santa Fe NM 87501

Ferris Engineering & Surveying, L.L.C.
11854 Bricksome Ave.
Baton Rouge LA 70816

```
Jeff Diez
Attorney at Law
324 East Worthey Rd.
Gonzales LA 70737

Lawrence H. Kaplan - President & Sec.
Lord Abbett High Yield Municipal Bond
P.O. Box 219336
Kansas City MO 64121-9336

Lawrence H. Kaplan - President & Sec.
Lord Abbett High Yield Municipal Bond
330 West 9th Street
Kansas City MO 64105-1514

Lawrence H. Kaplan - President & Sec.
Lord Abbett High Yield Municipal Bond
90 Hudson Street
Jersey City NJ 07302-3973

Nuveen Investments
c/o Computershare
250 Royall St.
Canton MA 02021

Nuveen Investments
P.O. Box 43071
Providence RI 02940-3071

Nuveen Investor Services
P.O. Box 8530
Boston MA 02266-8530

Nuveen Investor Services
c/o Boston Financial Data Services
30 Dan Road
Canton MA 02021-2809

Orange Grove Community Development Dist.
8280 YMCA Plaza Dr.
Suite 11-A
Baton Rouge LA 70810

Orange Grove Community Development Dist.
Parish of Ascension, State of LA
18614 Red Oak Dr.
Prairieville LA 70769

Orange Grove Community Development Dist.
8280 YMCA Plaza Dr.
Suite 11-A
Baton Rouge LA 70810
```

```
Orange Grove Community Development Dist.
8280 YMCA Plaza Dr.
Suite 10-A
Baton Rouge LA 70810

Orange Grove Community Development Dist.
8280 YMCA Plaza Dr.
Suite 11-A
Baton Rouge LA 70810

Orange Grove Community Development Dist.
8280 YMCA Plaza Dr.
Suite 11-A
Baton Rouge LA 70810

Orange Grove Community Development Dist.
11333 Juban Parc Rd.
Denham Springs LA 70726

Rebecca Urland
Attorney at Law
527 East Boston St., Suite 201
Covington LA 70433

Regions Bank
Attn:  Corporate Trust
8440 Jefferson Hwy.
Baton Rouge LA 70809

Regions Bank
Legal Department
201 Milan Parkway
Birmingham AL 35211

Rothasy Eshamlech
c/o Menachem Moster
1375 Coney Island Ave., Suite 125
Brooklyn NY 11230

The Bank of New York
Nuveen Defined Portfolios
P.O. Box 463
East Syracuse NY 13057-0463

The Bank of New York
Unit Inv.Trust Nuveen Defined Portfolios
111 Sanders Creek Parkway
East Syracuse NY 13057

Town of Sorrento, a Louisiana
Municipality, Parish of Ascension

Town of Sorrento, State of LA
P.O. Box 65
Sorrento LA 70778
```

Vincent Knaps
1809 E. Evergreen St.
Gonzales LA 70737