IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 13-11544 |
| Renaissance Orange Grove, LLC, | Chapter 11 |
| *Debtor*. | Judge Douglas D. Dodd |

### *EX PARTE* MOTION FOR ORDER WITHDRAWING MOTION TO SELL, AND CONTINUING HEARING ON DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes Renaissance Orange Grove, LLC ("ROG"), who moves for the entry of an order continuing the hearing on ROG's disclosure statement and withdrawing ROG's sale motion, both currently set for hearing on Wednesday, January 22, 2014 at 11:00 a.m. C.S.T. In support, ROG represents:

1.      ROG filed its *Motion to Sell Immovable Property Free and Clear of any Liens, Claims, Encumbrances and Interests of Any Kind or Nature Whatsoever* (the "Sale Motion") (Doc. 7).  ROG filed its Disclosure Statement (Doc. 16) on November 25, 2013. Both matters are currently set for hearing on Wednesday, January 22, 2014 at 11:00 a.m. (Doc 36)

2.      Regions Bank as Indenture Trustee ("Regions") has filed two objections to the Sale Motion (Docs 24 and 54 ) and an objection to the Disclosure Statement (Doc 52).

3.      Regions and ROG have been engaged in settlement discussions.  Undersigned counsel anticipates that future settlement would involve the sale and marketing of the relevant immovable property through an Amended Chapter 11 Plan.

4.      In order to allow for continued settlement discussions with Regions, and for any necessary amendments to the Chapter 11 Plan and Disclosure Statement, ROG requests (i) that its Sale Motion be withdrawn, without prejudice; and (ii) that the hearing on the Disclosure Statement be continued until March 12, 2014 at 11:00 a.m.

5. Undersigned counsel has discussed this Motion with Brandon Black, counsel for Regions, who indicates that he has no objection. Undersigned counsel has sent an email to Robert Gravolet, Trial Attorney for the Office of the U.S. Trustee, but has not heard back. Undersigned counsel has also sent an email to Mathew Percy, attorney for the Town of Sorrento; and Jeffery Diez, attorney for the Ascension Parish School Board. Other than the foregoing, undersigned counsel is not aware of any other creditor or party in interest who has appeared or otherwise expressed any objections in the case. Undersigned counsel will serve the Order granting the requested continuance on the mailing matrix within two (2) days of the entry of the Order.

6. Undersigned counsel was advised by chambers that this Motion should be filed immediately in the interests of time.

7. As part of the requested continuance, ROG requests that applicable deadlines for filing responses or objections to the Disclosure Statement also be extended to Tuesday, March 4, 2014. As such, no prejudice to any party in interest will result from the requested continuance.

**WHEREFORE**, ROG requests that the relief requested herein be granted and that the Court grant such further and additional relief as the facts may warrant and justice so requires.

**STEWART ROBBINS & BROWN LLC**
620 Florida Street, Suite 100
Baton Rouge, LA 70801
(225) 231-9998 Telephone
(225) 709-9467 Fax

By: **/s/ William S. Robbins**
William S. Robbins (La. Bar No. 24627)
P. Douglas Stewart, Jr. (La. Bar No. 24661)
Brandon A. Brown (La. Bar No. 25592)
Ryan J. Richmond (La. Bar No. 30688)
E-mail: wrobbins@stewartrobbins.com
E-mail: dstewart@stewartrobbins.com
E-mail: bbrown@stewartrobbins.com

2

3

E-mail: rrichmond@stewartrobbins.com

*Attorneys for Renaissance Orange Grove, LLC*

4820-1033-7304, v. 1

3