IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 13-11544 |
| Renaissance Orange Grove, LLC, | Chapter 11 |
| *Debtor*. | Judge Douglas D. Dodd |

### *EX PARTE* MOTION FOR ORDER WITHDRAWING DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes Renaissance Orange Grove, LLC ("ROG"), who moves for the entry of an order withdrawing ROG's disclosure statement, which is set for hearing on Wednesday, March 12, 2014 at 11:00 a.m. C.D.T. In support, ROG represents:

1. ROG filed its Disclosure Statement (Doc. 16) on November 25, 2013. It was originally set for hearing on Wednesday, January 22, 2014 at 11:00 a.m. (Doc 36), but was continued to March 12, 2014.

2. Regions Bank as Indenture Trustee ("Regions") filed an objection to the Disclosure Statement (Doc 52).

3. Regions and ROG have been engaged in settlement discussions. Undersigned counsel anticipates that future settlement would involve the sale and marketing of the relevant immovable property through an Amended Chapter 11 Plan. However, to date, Regions and ROG have not reached an agreement.

4. In order to allow for continued settlement discussions with Regions, ROG requests (i) that its Disclosure Statement be withdrawn, without prejudice; and (ii) that the hearing on the Disclosure Statement on March 12, 2014 at 11:00 a.m. C.D.T. be cancelled.

5. Undersigned counsel has discussed this motion with Brandon Black, counsel for Regions, who indicates that he has no objection. Undersigned counsel has communicated with Robert Gravolet, Trial Attorney for the Office of the U.S. Trustee. Mr. Gravolet, on behalf of the Office of the U.S. Trustee, has no objection. Jeffery Diez, attorney for the Ascension Parish School Board, and Mathew Percy, attorney for the Town of Sorrento, responded by e-mail and has no objection to withdrawal. Other than the foregoing, undersigned counsel is not aware of any other creditor or interest party who has appeared or otherwise expressed any objection in the case.

**WHEREFORE**, ROG requests that the relief requested herein be granted and that the Court grant such further and additional relief as the facts may warrant and justice so requires.

**STEWART ROBBINS & BROWN LLC**
620 Florida Street, Suite 100
Baton Rouge, LA 70801
(225) 231-9998 Telephone
(225) 709-9467 Fax

By: **/s/ William S. Robbins**
William S. Robbins (La. Bar No. 24627)
P. Douglas Stewart, Jr. (La. Bar No. 24661)
Brandon A. Brown (La. Bar No. 25592)
Ryan J. Richmond (La. Bar No. 30688)
E-mail: wrobbins@stewartrobbins.com
E-mail: dstewart@stewartrobbins.com
E-mail: bbrown@stewartrobbins.com
E-mail: rrichmond@stewartrobbins.com

*Attorneys for Renaissance Orange Grove, LLC*

4818-8374-5305, v. 2