UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:                                                                                          CASE NO. 13-11544

RENAISSANCE ORANGE GROVE, LLC                                      CHAPTER 11

DEBTOR

**O R D E R**

**CONSIDERING** the *Ex Parte* Motion for Order Withdrawing Disclosure Statement [P-66] filed on behalf of Renaissance Orange Grove, LLC,

**IT IS ORDERED** that the Disclosure Statement [P-16] is **WITHDRAWN**.

**IT IS FURTHER ORDERED** that the Wednesday, March 12, 2014 hearing on the Disclosure Statement is **CANCELLED**.

Baton Rouge, Louisiana, March 10, 2014.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE